UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:07CV260 ERW |
| | ) |
| DON V. MANARANG, D.O. | ) |
| SSN xxx-xx-0004 | ) |
| 607 CLAYPOOL | ) |
| ST. LOUIS, MO 63125, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| MEMORIAL MEDICAL GROUP, LLC | ) |
| 4550 MEMORIAL DRIVE, SUITE 300 | ) |
| BELLEVILLE, IL  62226 | ) |
| **ATTN:  DAVID G. SPRAGUE** | ) |
| **HUMAN RESOURCE DIRECTOR** | ) |
| | ) |
| Garnishee. | ) |

## GARNISHEE ORDER

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee.  Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on or about July 11, 2011, stating that at the time of the service of the Writ it had in its possession or under its control personal property belonging to and due defendant, and that garnishee was indebted to defendant in the sum of $3,055.08, bi-weekly.

On July 5, 2011, the defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

.

IT IS ORDERED, ADJUDGED AND DECREED that Garnishee shall make payable to the U.S. Department of Justice the sum of ten percent (10%) of defendant's non-exempt net disposable wages to plaintiff and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this Court.  A check shall be issued to the **U.S. Department of Justice** and mailed to the U.S. Attorney's Office, 111 South 10th Street, 20th Floor, St. Louis, MO  63102, within ten (10) days of the order of this Court.

IT IS FURTHER ORDERED that Garnishee is to serve notice on the U.S. Attorney's Office, 111 South 10th Street, 20th Floor, St. Louis, MO  63102, if the payments pursuant to this Order stop prior to the full satisfaction of the debt to the plaintiff.

Dated: August 5, 2011

JAMES G. WOODWARD
Clerk, U. S. District Court

By: DAVID L. BRAUN
   Deputy Clerk